Joseph T. Quinn, Respondent, v. Rose Bracken, Appellant.— Judgment

affirmed, with costs, on the authority of *Gilpin* v. *Savage* (60 Misc. Rep. 605; affd., 132 App. Div. 948). Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.